# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION
### Civil Action No.: 1:23-cv-00994

| | |
|---|---|
| A.M., a minor by her natural mother and guardian, LATOYA MONLEY, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| vs. | )<br>) |
| SGT. SHERONICA SMITH, *in her individual capacity*, SHERIFF RALPH KERSEY, *in his official capacity*, and SEDGWICK CLAIMS MANAGEMENT, SERVICES | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

**UNOPPOSED PETITION FOR MINOR SETTLEMENT**

NOW COMES Plaintiff, A.M. a minor by and through her natural mother and Defendant Sgt. Sheronica Smith, and through their counsel of record, and hereby petitions this Court for approval of a settlement for the benefits of A.M. In support, the Parties show as follows:

1. This action arises out of Minor Plaintiff's alleged injuries and damages arising from the interactions between Defendant and Minor Plaintiff on or about November 17, 2021 in Scotland County, North Carolina.

2. In April 2025, the Parties reached a settlement and notified this Court of the same. The Parties subsequently executed a Settlement Agreement and Release on April 15, 2025, detailing the terms of the agreement, which is attached hereto as Exhibit A.

3. The Parties have conferred and do not oppose this Petition.

WHEREFORE, Petitioner respectfully requests that this Court Issue an Order approving the Minor Settlement and proceeds of the Settlement.

This the 16th day of April, 2025.

        CCL LAW OFFICE, P.L.L.C.

        */s/Chantel Cherry-Lassiter*
        Chantel Cherry-Lassiter
        NC Bar No. 54245
        1851 W. Ehringhaus St. #136
        Elizabeth City, NC 27909
        Office: (252) 999-8380
        Fax: (252) 999-8390
        chantelcherrylassiter@ccllaw.org
        *ATTORNEY FOR THE PLAINTIFF*

        Lynch Law, PLLC

        /s/ Chance D. Lynch
        Chance D. Lynch
        NC State Bar No. 39872
        Lynch Law, PLLC
        227 W. 4th Street – Suite 229
        Charlotte, NC 28202
        Office (980) 800-6654
        chancelynch@lynchlaw.org
        NC State Bar No. 39872


        /s/Scott D. MacLatchie
        Scott D. MacLatchie
        North Carolina Bar No. 22824
        Hall Booth Smith, P.C.
        11215 North Community House Road Suite 750
        Charlotte, North Carolina 28277
        Telephone No. (980) 949-7820
        smaclatchie@hallboothsmith.com
        Attorney for Defendant/Counterclaimant Sheronica Smith