IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00994

| | |
|---|---|
| A.M., a minor by her natural mother and guardian, LATOYA MONLEY, ) ) ) *Plaintiff*, ) ) vs. ) ) SGT. SHERONICA SMITH, *in her individual capacity*, ) ) SHERIFF RALPH KERSEY, *in his official capacity*, and ) ) SEDGWICK CLAIMS MANAGEMENT, SERVICES ) ) *Defendants*. ) ) | ORDER |

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Petition for Minor Settlement by A.M., a minor by and through her natural mother and Defendant Sgt. Sheronica Smith, and through their counsel of record, petitioned this Court for approval of a settlement for the benefits of A.M. Based upon the agreed upon terms outlined in Plaintiff's Exhibit A, the Court finds grounds to grant the Petition for Minor Settlement and sets a Minor Settlement Hearing date as follows: **May 5, 2025, at 2:00 p.m.** The Minor Settlement Hearing will be held **via Zoom**. The undersigned's career law clerk will provide the Zoom information to the parties on or before **May 4, 2025**.

This the 17th day of April 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE