IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00994

| | |
|---|---|
| A.M., a minor by her natural mother and guardian, LATOYA MONLEY, <br><br>*Plaintiff*, <br><br> vs. <br><br> SGT. SHERONICA SMITH, *in her individual capacity*, <br> *Defendant*. | **ORDER APPROVING MINOR SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

THIS MATTER was heard before the undersigned Judge of the United States District Court, Middle District of North Carolina, Durham Division, for the approval of an agreed settlement, and the parties have consented to the Court's findings of fact and determination of the rights of all parties in connection with this settlement between the parties. It appears to the Court as follows:

1. That Latoya Monley was duly appointed as the *Guardian ad Litem* for the Minor, A.M.; that Ms. Monley has no interests that are adverse to those of the Minor; and that Ms. Monley is a disinterested, fit and proper person to represent the interests of the Minor.

2. Minor Plaintiff is a citizen and resident of Scotland County, North Carolina.

3. This action arises out of Minor Plaintiff's alleged injuries and damages arising from the interactions between Defendant and Minor Plaintiff on or about November 17, 2021, in Scotland County, North Carolina.

4. In April 2025, the Parties reached a settlement and notified this Court of the same. The Parties subsequently executed a Settlement Agreement and Release on April 15, 2025.

5. In order to terminate further controversy, the parties have agreed to settle Plaintiffs' claims in return for payment of $35,000.00, which shall be allocated as follows:

    a. The sum of $15, 726.89 is to be paid to Lynch Law to be put in trust until A.M. reaches age of majority.

    b. The sum of $19, 273.11 to be paid to Lynch Law Firm and CCL Law Firm for Attorney Fees and cost. Attorney Fees are $14,000 and expenses are $5,273.11.

6. That the parties have agreed and do hereby agree to compromise and settle any and all past, present and future actions, claims, demands, damages, expenses, costs, attorneys fees and all claims of any nature or kind whatsoever now existing or which may hereafter arise between the Plaintiffs, Defendant and, their heirs, agents, servants, representatives, successors, employees, employers, subsidiaries, affiliates, parent companies, corporations and all other related persons and entities, as it relates to the alleged events of November 17, 2021.

7. That the Court has investigated the matter and has familiarized itself with the evidence offered by the parties. The Court has also heard the contentions of the Plaintiffs and Defendant, and the Court finds as a fact that it is in the best interests of the Minor Plaintiff for her personal injury claim, to compromise, settle, and fully resolve all claims as set forth in this Order. The Court specifically finds as a fact that the settlement on this basis is fair, reasonable, and in the best interest of the Minor Plaintiff.

8. In consideration of the sum paid and received, as set forth herein, and other good and valuable consideration, Latoya Monley, as Guardian ad Litem of the Minor Plaintiff, and as the natural parent of the Minor Plaintiff, have agreed to release and fully discharge the Defendant, as well as her heirs, executors, administrators, personal representatives, beneficiaries, predecessors, underwriters, insurers, successors, directors, officers, employees, agents, attorneys, affiliated companies and assigns of any and all past, present and future claims

arising out of the incident described herein on November 17, 2021, and on account of which legal action was instituted on behalf of the Minor Plaintiff in Scotland County, North Carolina.

9. That there is no just reason to delay the settlement between the participating parties.

THEREFORE, the Court approves this settlement and the distribution of the settlement funds as set forth herein.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that this settlement shall be and is full, final and complete settlement of any and all claims which have arisen or may hereinafter arise on the part of the Plaintiffs against the Defendant, on account of the incident of November 17, 2021. Upon payment of the aforementioned funds in the manner set out above, this matter is DISMISSED WITH PREJUDICE.

This the 5th day of May, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

Lynch Law, PLLC

/s/ Chance D. Lynch
Chance D. Lynch
Lynch Law, PLLC
227 W. 4th Street – Suite 229
Charlotte, NC 28202
Office (980) 800-6654
chancelynch@lynchlaw.org
NC State Bar No. 39872

CCL LAW OFFICE, P.L.L.C.
/s/Chantel Cherry-Lassiter
Chantel Cherry-Lassiter
1851 W. Ehringhaus St. #136
Elizabeth City, NC 27909

Office (252) 999-8380
Fax (252) 999-8390
chantelcherrylassiter@ccllaw.org
NC State Bar No. 54245

*ATTORNEYS FOR PLAINTIFF*